IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL ROBERTS,<br>**Plaintiff,**<br><br>v.<br><br>AMERICAN AIRLINES,<br>**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 20-2202 |

## O R D E R

**AND NOW**, this 4th day of November, 2020, upon consideration of Plaintiff's Motion to Remand (Document No. 5, filed June 2, 2020), Defendant American Airlines, Inc.'s Opposition to Plaintiff's Motion to Remand (Document No. 14, filed June 17, 2020), Plaintiff's Reply to Defendant's Response to His Motion to Remand (Document No. 16, filed June 24, 2020), Defendant American Airlines, Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint (Document No. 15, filed June 22, 2020), Plaintiff's Response to Defendant's Motion to Dismiss (Document No. 17, filed July 6, 2020), and Defendant's Reply Brief in Support of its Motion to Dismiss Plaintiff's Fourth Amended Complaint (Document No. 18, filed July 14, 2020), for the reasons stated in the accompanying Memorandum dated November 4, 2020, **IT IS ORDERED** as follows:

1. Plaintiff's Motion to Remand is **DENIED**.

2. Defendant American Airlines, Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint is **DENIED.**

   **IT IS FURTHER ORDERED** that a Preliminary Pretrial Conference will be scheduled

in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____
DuBOIS, JAN E., J.