IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL ROBERTS** | : : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : : | No. 20-02202 |
| **AMERICAN AIRLINES** | : : | |
| Defendant. | : : | |

## ORDER

This 21st day of April, 2022, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF #32) is **GRANTED.** The Clerk of Court is requested to mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge